IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00003-MSK-MJW

YI LU,

    Plaintiff,

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security,
EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services,
MARY MISCHKE, Acting Denver District Director, United States Citizenship and
  Immigration Services, and
ROBERT MUELLER III, Director, Federal Bureau of Investigation,

    Defendants.

---

## ORDER SETTING RULE 16 HEARING

---

THIS MATTER comes before the Court upon the Plaintiff's Complaint. In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary. **This is not a scheduling conference; do not submit a proposed scheduling order.**

    **IT IS ORDERED**:

(1) A hearing is set for **March 14, 2008 at 8:30 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel shall bring their calendars.

(2) Prior to the hearing, the parties shall meet and confer about the following issues and be prepared to address them at the hearing:
- The status of the Plaintiff's naturalization application, including whether or not the Federal Bureau of Investigation has completed any name or background checks it was asked to perform.
- Whether the Court should remand this matter to the United States Citizenship and Immigration Services for a determination on the naturalization application, and if so, what conditions should be imposed in conjunction with any remand.
- Whether there are any facts in dispute.
- Other appropriate issues enumerated in Fed. R. Civ. P. 16(c).

(3) If the Defendants have not been served with the Summons and Complaint, this Order shall be served together with the Summons and Complaint within ten (10) days of the date of this Order.

Dated this 7th day of January, 2008

                                       **BY THE COURT:**

                                       Marcia S. Krieger
                                       United States District Judge