IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00003-MSK-MJW

Yi Lu,

   Plaintiff,

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security,
EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services,
MARY MISCHKE, Acting Denver District Director, United States Citizenship and Immigration Services, and
ROBERT MULLER III, Director Federal Bureau of Investigation,

   Defendants.
_____

ORDER RE: DEFENDANTS' UNOPPOSED MOTION TO DISMISS
_____

  The Court having reviewed the Defendants Unopposed Motion to Dismiss (**#7**) and being further advised in its premises hereby GRANTS the motion. The case is dismissed with prejudice each side to pay its own costs and attorneys' fees.

  DATED this 13th day of March, 2008.

            **BY THE COURT:**

            */s/ Marcia S. Krieger*
            _____
            Marcia S. Krieger
            United States District Judge